304 U.S. 562
 58 S.Ct. 944
 82 L.Ed. 1529
 Harry E. WIESE, petitioner,
v.
COMMISSIONER OF INTERNAL REVENUE.*
 No. 886.
 Supreme Court of the Unied States
 April 25, 1938
 
 Mr. H. Kennedy McCook, of Washington, D. C., for petitioner.
 
 
 1
 For opinion below, see 93 F.2d 921.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.
 
 
 
 *
 Rehearing denied 304 U.S. 589, 58 S.Ct. 1045, 82 L.Ed. ——.